UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cr. No. 2:00-0205 WBS |
| v. | Civ. No. 2:06-1561 WBS |
| JAVIER HERRERA, | ORDER |
| Defendant. | |

----oo0oo----

Defendant Javier Herrera has filed a document entitled "Motion for Time Reduction," which may be construed as a petition for relief pursuant to 28 U.S.C. § 2255. The United States Attorney shall file a response to the Motion on or before August 16, 2006. Defendant shall file his reply, if any, on or before August 30, 2006. The matter will then be taken under submission.

IT IS SO ORDERED.

DATED: July 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28