McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:(916) 551-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>    v.<br><br>JAVIER HERRERA<br><br>    Defendant-Appellant. | Cr. No. 2:00-0205 WBS<br>Civ.No. 2:06-1561 WBS<br><br>GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME AND PROPOSED ORDER |

The United States hereby requests a one month extension of time until September 20, 2006 to file its response to the defendant's petition for relief pursuant to 28 U.S.C. § 2255.  The original date for the government to file its response was August 16, 2006.  This motion is based on the attached declaration of Assistant U.S. Attorney Heiko P. Coppola.

DATED: August 21,2006

                                          McGREGOR W. SCOTT
                                          United States Attorney


                                          By/s/ HEIKO P. COPPOLA
                                            HEIKO P. COPPOLA
                                            Assistant U.S. Attorney

O R D E R

IT IS HEREBY ORDERED that the government's request for an extension is granted. The government's response is due September 20, 2006.

DATED: August 23, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

<u>D E C L A R A T I O N</u>

I, HEIKO P. COPPOLA, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2. This case was originally assigned to AUSA Norm Wong. Mr. Wong is presently away from the U.S. Attorney's Office on a detail with the U.S. Department of Justice.

3. The government's response was ordered in this matter by August 16, 2006.

4. This matter was assigned to me last week, while I was out-of-state on mandatory annual training for the U.S. Army Reserve. I returned to the office today, August 21, 2006, discovered that I had been assigned the matter and that the due date for the government's response had since passed.

5. In order to adequately respond to the issue that the defendant raises, I will require some time to research the matter.

6. The government has not previously requested an extension of time in this matter.

7. The defendant is in custody and not represented by counsel in this matter.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 21st day of August, 2006.

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA

1

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on August 21, 2006, she served a copy of Government's Request for an Extension of Time and Proposed Order by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Javier Zambrano Herrera
Fed. Reg. # 12570-097
FCI - Phoenix
37910 North 45th Avenue
Phoenix, AZ 85086-7055

/s/ CARRIE D. QUIRK
CARRIE D. QUIRK

2